IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

   Plaintiff,       22cv0236
               LEAD CASE

     v.

LEGRAND NORTH AMERICA, LLC,

   Defendant.

_____

BLAIR DOUGLASS,

   Plaintiff,       22cv0240
               MEMBER CASE

     v.

PRX PERFORMANCE, INC.,

   Defendant.

_____

BLAIR DOUGLASS,

   Plaintiff,       22cv0242
               MEMBER CASE

     v.

FOREST DECOR, LLC,

   Defendant.

_____

BLAIR DOUGLASS,

   Plaintiff,       22cv0249
               MEMBER CASE

     v.

QUINCY BIOSCIENCE, LLC,

   Defendant.

_____

BLAIR DOUGLASS,

        Plaintiff,                22cv0250
                                    MEMBER CASE

                v.

LUCKY HEALTH GROUP, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                22cv0257
                                    MEMBER CASE

                v.

REPRESENT YOUR WATER INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                22cv0261
                                    MEMBER CASE

                v.

PERFORMIX LLC,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,               22cv0262
                                          MEMBER CASE

           v.

TRP ACQUISITION, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,               22cv0263
                                            MEMBER CASE

           v.

THREADBEAST, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,               22cv0264
                                            MEMBER CASE

           v.

HARDBODY SUPPLEMENTS, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,               22cv0268
                                            MEMBER CASE

           v.

COVE SMART, LLC,

        Defendant.

BLAIR DOUGLASS,

    Plaintiff,       22cv0286
              MEMBER CASE

     v.

TERVIS TUMBLER COMPANY,

    Defendant.
_____

BLAIR DOUGLASS,

    Plaintiff,       22cv0287
              MEMBER CASE

     v.

DOS OF ROSES, INC.,

    Defendant.
_____

BLAIR DOUGLASS,

              22cv0288
    Plaintiff,       MEMBER CASE

     v.

MASSDROP INC.,

    Defendant.
_____

BLAIR DOUGLASS,

    Plaintiff,       22cv0298
              MEMBER CASE

     v.

ALPHA OES, LLC.,

    Defendant.
_____

4

BLAIR DOUGLASS,

        Plaintiff,                              22cv0297
                                                 MEMBER CASE

           v.

JEWELSCENT, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              22cv0305
                                                 MEMBER CASE

           v.

DIRECT MARKETING VENTURES, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              22cv0306
                                                 MEMBER CASE

           v.

TRUEWERK, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              22cv0314
                                                 MEMBER CASE

           v.

STRIDELINE, LLC.,

        Defendant.

---

BLAIR DOUGLASS,

            Plaintiff,                      22cv0315
                                                MEMBER CASE

                    v.

JOAH BROWN, LLC

              Defendant.

---

**CONSOLIDATION ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.      Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-297, 22-298, 22-305, 22-306, 22-314,  and 22-315 are hereby consolidated with **Civil Action No. 2:22-cv-236**, the lead case as captioned above.

2.      All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2: 22-cv-236.**

3.      The Clerk of Court shall **close** Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-297, 22-298, 22-305, 22-306, 22-314 and 22-315.

                      **SO ORDERED** this 23rd day of February, 2022.

                      s/Arthur J. Schwab
                      Arthur J. Schwab
                      United States District Judge